**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AFFILIATED ENGINEERS
   METRO D.C., INC.,                  *

        Plaintiff,             *

    v.                        Civil Action No. PX-19-119

                       *

KATHY A. BARAN, et al.,        *

        Defendants.           *

                       ********

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

It is hereby STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties have agreed that USCIS has adjudicated the Form  I-129, Petition for a Nonimmigrant Worker, and changed status, the relief sought by Plaintiff, and this matter is now moot.

Each party to this action shall bear its own costs, expenses and attorney's fees in connection with this action, including any costs and fees recoverable by law under the Equal Access to Justice Act or any other applicable provision of law.

                       Respectfully submitted,

_____/s/_____       Robert K. Hur
Dree K. Collopy, Esq., Bar #985545    United States Attorney
Benach Collopy, LLP
4530 Wisconsin Ave. NW, Ste. 400
Washington, DC 20016          _____**/s/**_____
202-644-8600                 Vickie LeDuc, Bar #805577
dcollopy@benachcollopy.com      Assistant United States Attorney
*Counsel for Plaintiff*            36 S. Charles Street, 4th floor
                       Baltimore, MD 21201
                       410-209-4800
                       vickie.leduc@usdoj.gov
                       *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

_____/s/_____
Vickie LeDuc
Assistant United States Attorney

DATED:_____

SO ORDERED AND APPROVED:

_____
Paula Xinis
UNITED STATES DISTRICT JUDGE